# MAINE

COUNTY OF **KENNEBEC**

Pool No.

PREPARED BY
SECURITY CONNECTIONS
WHEN RECORDED MAIL TO:
JENSEN, BAIRD, ET AL
11 MAIN STREET, SUITE 4
PH: (207) 985-4676
KENNEBUNK, ME 04043
ATT: BRUCE F. SLEEPER

Assignment-Interv.-Recorded

## ASSIGNMENT OF MORTGAGE OR DEED OF TRUST

FOR VALUE RECEIVED, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) AS NOMINEE FOR FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK,**

located at 2150 NORTH 1ST STREET, SAN JOSE CA 95131 does hereby grant, assign, transfer and set over unto **U. S. Bank, National Association, as successor trustee to Bank of America, N. A. as successor by merger to LaSalle Bank N. A., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2**
located at 150 ALLEGHENY CENTER PITTSBURGH, PA 15212
its successors and assigns a certain Deed of Trust dated OCTOBER 3, 2006 executed by **RANDY OTIS AND HEIDI OTIS**
_____, as Grantor(s),
to _____ as Grantee,
and recorded in Book 9102 Page 0099 Instrument No. 2006030574 of the Deeds of Trust records in the office of the Register of Deeds in the County of **KENNEBEC**, State of Maine.

Received Kennebec SS.
07/07/2009 8:17AM
# Pages 2 Attest:
BEVERLY BUSTIN-HATHEWAY
REGISTER OF DEEDS

(NMRI.ME)
C=s.825.0009
P=s.002.00063-215

Page 1 of 2

EXHIBIT D

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue to said DEED OF TRUST.

DATED: **MAY 27, 2009**, but effective **MAY 27, 2009**.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
(MERS) AS NOMINEE FOR FIRST FRANKLIN A DIVISION
OF NATIONAL CITY BANK

Witness, **VICKIE BORG**

**MELISSA HIVELY**
ASST SECRETARY FOR ASSIGNMENTS

Witness, **CARMEN RIVERA**

STATE OF **IDAHO**         )
                           ) ss
COUNTY OF **BONNEVILLE**   )

On **MAY 27, 2009**, before me, the undersigned, a Notary Public in and for said County and State, personally appeared **MELISSA HIVELY** known to me to be the person who executed the within instrument as the **ASST SECRETARY FOR ASSIGNMENTS**, and _____ known to me to be the person who executed the within instrument as the _____ of the Corporation that executed the within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors.
WITNESS my hand and official seal.

**KRYSTAL HALL**   (COMMISSION EXP. 11-14-11)
NOTARY PUBLIC

KRYSTAL HALL
NOTARY PUBLIC
STATE OF IDAHO

(NMRI.ME.2)
C=s.825.0009          Page 2 of 2
P=S.002.00063.215