Book 10867 Page 0238 2pgs

Doc # 2011025600

Received Kennebec SS.
10/26/2011   8:37AM
Beverly Bustin-Hatheway
Register of Deeds

| | This space for Recorder's use | |
|---|---|---|
| Property Address:<br>3819 Middle Rd<br>Sidney, ME 04330-1921<br>Property Location:<br>Township of SIDNEY<br>ME0-AM 14720901   10/17/2011 | Recording Requested By:<br>**Bank of America**<br>Prepared By:<br>**Cecilia Rodriguez**<br>888-603-9011<br>450 E. Boundary St.<br>Chapin, SC 29036 | When recorded mail to:<br>CoreLogic<br>450 E. Boundary St.<br>Attn: Release Dept.<br>Chapin, SC 29036 |

MERS Phone #: 888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **3300 S.W. 34th Avenue, Suite 101 Ocala, FL 34474** does hereby grant, sell, assign, transfer and convey unto **U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF THE MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-FF2** whose address is **60 LIVINGSTON AVE, ST. PAUL, MI 55107** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Original Lender: | **FIRST FRANKLIN A DIVISION OF NATIONAL CITY BANK** |
| Borrower(s): | **RANDY OTIS AND HEIDI OTIS** |
| Date of Mortgage: | **10/3/2006** |
| Original Loan Amount: | **$168,500.00** |

Recorded in **Kennebec County, ME** on: **10/11/2006**, book **9102**, page **0099** and instrument number **2006030574**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on 10/18/2011

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
Dominique Johnson Assistant Secretary

EXHIBIT E

State of California
County of Ventura

On **OCT 18 2011** before me, **Shannon Steeg**, Notary Public, personally appeared **Dominique Johnson**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

Notary Public: _____    (Seal)
My Commission Expires: _____

SHANNON STEEG
Commission # 1849791
Notary Public - California
Los Angeles County
My Comm. Expires May 17, 2013