OPR BK 13077 PGS 13 - 14   11/06/2018 09:02:33 AM
INSTR # 2018026238   # OF PAGES   2
ATTEST:   BEVERLY BUSTIN-HATHEWAY
REGISTER OF DEEDS   KENNEBEC COUNTY, ME

| | |
|---|---|
| STATE OF MAINE<br>KENNEBEC, SS. | SUPERIOR COURT<br>LOCATION: AUGUSTA<br>DOCKET NO: CV-2016-14 |
| U.S. Bank National Association, as Trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2<br><br>Plaintiff<br>vs.<br><br>First Franklin, a Division of National City Bank<br><br>Defendant<br><br>Mortgage Electronic Registration Systems, Inc. as nominee for First Franklin, a Division of National City Bank<br><br>Maine Revenue Services<br><br>Parties-In-Interest | ORDER<br><br>TITLE TO REAL ESTATE IS INVOLVED<br><br>MORTGAGED PREMISES:<br>3819 Middle Road<br>Sidney, ME 04330<br>Book 9102, Page 99 |

This matter is before the Court on Plaintiff's Motion for Default Judgment and Judgment on the Pleadings. The Court specifically finds that there is justifiable controversy and that declaratory relief is appropriate to remove the uncertainty in the chain of title to the mortgage, as raised by the *Greenleaf* decision, regarding assignments of mortgages for nominees. *Bank of America, N.A. v. Greenleaf*, 2014 ME 89 (Me. 2014). As holder of the promissory note, Plaintiff is entitled to bring this action to confirm its rights in the subject mortgage. This is consistent with well settled precedent discussing Maine mortgage title theory. *See Jordan v. Cheney*, 74 Me. 359 (1883).

Having considered the pleadings, this Court finds that after service in compliance with Maine Rules of Civil Procedure, the Defendant, First Franklin, a Division of National City Bank, has not answered or otherwise appeared in this action; the Party-In-Interest, Maine Revenue Services, has not answered or otherwise appeared in this action; the Parties-In-Interest, Heidi Otis and Randy Otis, have answered and appeared through their attorney, Richard M. Goldman, Esq.; the Party-In-Interest, Mortgage Electronic Registration Systems, Inc. as nominee for First Franklin, a Division of National City Bank, has through its attorney, Tristan E. Berkenmeier, Esq., answered and appeared in this action, and does not object to the granting of this motion.

Accordingly, for good cause shown, it is hereby ORDERED that;

Plaintiff is GRANTED default judgment in this matter; and

cc: ~~Doonan~~ Graves

EXHIBIT G

This Court ORDERS, confirms and ratifies, *nunc pro tunc*, the transfer of the mortgage, dated October 3, 2006, and recorded in the Kennebec Registry of Deeds in **Book 9102, Page 99**, as evidenced by the assignment to U.S. Bank National Association, as successor Trustee to BAnk of America, N.A., as Successor by merger to LaSalle Bank N.A., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2 recorded in the Kennebec Registry of Deeds in **Book 10138, Page 174**; and all the rights contained therein, including ownership, to U.S. Bank National Association, as Trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2; and

The Court also enters in rem permanent injunction relief concerning the subject property mortgage recorded on October 11, 2006. The Court finds the Plaintiff is the owner and holder of both the subject Note and Mortgage Deed, *nunc pro tunc* as of the date of the Mortgage Assignment to the Plaintiff, May 27, 2009

DATED: 2/8/18

Justice, Superior Court

A true copy
ATTEST:

Michele Lumbert
Clerk of Courts

(SEAL)